**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOLI REID,                                       )
individually and on behalf of a class,           )
                                                 )
      Plaintiff,                          )
                                                 )
      -vs-                                )
                                                 )
GENERAL MOTORS LLC,                              )
                                                 )
      Defendant.                          )

## COMPLAINT – CLASS ACTION AND JURY DEMAND

*Plaintiff is not aware of any related cases.*

1.   Plaintiff Joli Reid brings this action against Defendant General Motors LLC ("GM") to secure redress for the conduct of GM in selling and charging for Flex Fuel vehicles, supposedly designed to operate on E85 (85% ethanol) fuel, that cannot consistently use E85 fuel without engine damage.

2.   Defendant GM represents and warrants that the vehicles will operate on E85.

3.   In fact, internal GM documents state that "excessive use of E85" may "caus[e] a plunger internal to the fuel pump to stick."

4.   This issue is not disclosed to consumers, who find out about the problem

1

when they incur engine damage.

5.  Plaintiff alleges violation of written and express warranties, fraud, and

unfair and deceptive trade practices.

## PARTIES

6.  Plaintiff Joli Reid is a citizen of Michigan residing in Romulus, Michigan.

7.  Defendant GM is a limited liability company organized under Delaware law

with its principal place of business at 300 Renaissance Center, Detroit, MI

48265.

## JURISDICTION AND VENUE

8.  This Court has jurisdiction over this case pursuant to 28 U.S.C. §1332(d)

(Class Action Fairness Act).  There are over 100 proposed class members.

The claims of the proposed class members exceed the sum or value of

$5,000,000, exclusive of interest and costs.  Most members of the class are

of diverse citizenship from Defendant.

9.  Personal jurisdiction and venue are proper because Defendant intentionally

markets and sells its products within the state of Michigan and is

headquartered in the state of Michigan.

## FACTS RELATING TO PLAINTIFF

10.  On or about June 29, 2019, Plaintiff purchased a used 2017 Chevrolet

Equinox Flex Fuel vehicle from Feldten, LLC, doing business as Feldman Chevrolet Livonia, an authorized GM dealer.

11.   The vehicle was manufactured and placed in the stream of commerce by GM.

12.   At the time of purchase the vehicle had 18,957 miles and had been in service less than 36 months.

13.   Plaintiff executed a retail installment contract (Exhibit A).

14.   Plaintiff purchased the vehicle for personal, family or household purposes (general transportation) and not business purposes.  This is indicated on the retail installment contract.

15.   Defendant GM  markets and sells Flex Fuel vehicles.

16.   Defendant GM represents to the public that such vehicles can "run on E85 ethanol, gasoline, or any combination of the two." (https://media.gm.com/media/us/en/gm/news.detail.print.html/content/Pages /news/us/en/2010/May/0505_flexfuel.html) This is the accepted meaning of "Flex Fuel."

17.   Plaintiff understood prior to purchase, as a result of GM's representations, that the vehicle can run on E85 ethanol, gasoline, or any combination of the two.

3

18.   The owner's manual for the 2017 Chevy Equinox purchased by Plaintiff is published on the Internet by GM.

19.   The owner's manual states (p. 190): "Vehicles with fuel caps marked as 'E85' or FlexFuel can use either unleaded gasoline or ethanol fuel containing up to 85% ethanol (E85). All other vehicles should use only the unleaded gasoline as described in Fuel -> 189. [¶]The use of E85 or FlexFuel is encouraged when the vehicle is designed to use it. E85 or FlexFuel is made from renewable sources."  (Exhibit B)

20.   The only warning is as follows: "The starting characteristics of E85 or FlexFuel make it unsuitable for use when temperatures fall below -18 °C (0 °F). Use gasoline or add gasoline to the E85 or FlexFuel."

21.   In addition, the manual states: "Because E85 or FlexFuel has less energy per liter (gallon) than gasoline, the vehicle will need to be refilled more often. . . . ."

22.   The quoted statements are typical of those in the owners' manuals of GM Flex Fuel vehicles.

23.   All 2016 and newer Chevy vehicles have 5-year/60,000-mile (whichever comes first) transferable Limited Powertrain Warranty and a 36,000 miles/3 years (whichever comes first) transferable warranty on the entire vehicle.

(Exhibit C)

24.    The warranty covers repairs to correct any vehicle defect (other than slight noise, vibrations, or other normal characteristics of the vehicle) due to materials or workmanship occurring during the warranty period.

25.    This warranty is typical of GM warranties.

26.    The limited written warranty was part of the basis of the bargain when Plaintiff and other consumers purchased their cars.

27.    In August 2019, Plaintiff filled up her vehicle with E85 at the only gas station Plaintiff uses.

28.    While Plaintiff was making normal use of the vehicle, the check engine light came on and a warning light displayed.

29.    The temperature was well in excess of -18 °C (0 °F).

30.    On August 28, 2019, with 24,096 miles on the odometer, Plaintiff brought the vehicle to an authorized GM dealer, Feldman Chevrolet of Livonia, where the service department found that the "plunger for the high pressure fuel pump is sticking due to the use of E-85." (Exhibit D)

31.    Feldman Chevrolet, as an authorized GM dealer, is the agent of GM for the purpose of honoring (or not honoring) the GM warranty.

32.    GM directs consumers to bring their vehicle to a Chevrolet dealer if they

require service or repairs under the warranty.

33.   GM contracts with  GM dealers to perform warranty repairs for it, and compensates them for doing so.

34.   Feldman Chevrolet claimed that the engine repairs were caused by contaminated fuel and charged Plaintiff $915.03 to fix her vehicle.

35.   On information and belief, GM has instructed GM dealers to blame Flex Fuel problems on contaminated fuel.

36.   The E85 fuel sold at the gas station where Plaintiff filled up her vehicle was analyzed by the State of Michigan.  The State found the fuel to be pure and compliant with the specifications for E85.  (Exhibit E)

### FACTS  – GENERAL

37.   Internal GM documents state that "excessive use of E85" may "caus[e] a plunger internal to the fuel pump to stick."  (Exhibit F)

38.   This in turn can result in costly damage.

39.   The precise mechanism whereby this happens is not disclosed.

40.   The vehicles at issue are those listed on Exhibit F, attached, equipped with fuel tank fillers that are yellow and/or marked as 'E85' or FlexFuel (hereinafter, "affected vehicles").

41.   All purchasers of GM Flex Fuel vehicles necessarily receive representations

from GM that the vehicles may be regularly operated on E85.

42. GM has aggressively promoted the benefits of Flex Fuel since about 2006. (Exhibits G-H) For more than 12 years, all GM Flex Fuel vehicles have been equipped with yellow, corn-colored filler caps to signify that they take E85 fuel.  (Exhibit G)

43. There is substantial public demand for Flex Fuel vehicles, which are perceived as environmentally friendly.

44. The statement by GM that the vehicle is a Flex Fuel vehicle, without qualification, is a representation and warranty that E85 can be used consistently.   All persons who purchase such vehicles invariably and necessarily receive GM's representations to that effect.

45. The proper functioning of the Flex Fuel vehicle using E85 fuel is covered by GM's limited written warranty.

46. Millions of Flex Fuel vehicles have been sold in the United States by GM.

47. Problems with Flex Fuel vehicles malfunctioning while using E85 fuel have been known by GM since prior to the time the vehicle purchased by Plaintiff (a) was manufactured or (b) sold to Plaintiff, as shown by the 2016 internal GM document attached as Exhibit I.

48. The problems were sufficiently widespread that GM issued Exhibit I and

Exhibit F to inform all GM dealers of the problems.

49. Notwithstanding such knowledge, GM continued promoting and selling Flex Fuel vehicles as capable of safely and reliably operating on E85 fuel as long as the outside temperature was not below -18 °C (0 °F).

50. Plaintiff and every other purchaser of a Flex Fuel vehicle (new or used) received GM's representations that the vehicle purchased was a Flex Fuel vehicle that could be safely and reliably operated on E85 fuel, including the yellow, corn-colored filler cap on the vehicle.

51. On information and belief, GM has used yellow filler caps on all of its Flex Fuel vehicles since 2006.

52. The representation that Plaintiff's vehicle was a Flex Fuel vehicle therefore became part of the basis of the bargain.

53. Plaintiff would not have purchased a Flex Fuel vehicle, would not have paid as much for it, nor would have purchased another vehicle altogether, had she known of the problem.

54. GM could readily have notified Flex Fuel vehicle owners that they should fill their vehicles with gasoline at periodic intervals. However, doing so would have diminished the public desire for Flex Fuel vehicles.

55. The GM limited written warranty expressly extends to the future

8

performance of the GM vehicle, for the periods specified in the warranty.

## COUNT I – BREACH OF LIMITED WRITTEN WARRANTY

56.    Plaintiff incorporates paragraphs 1-55.

57.    GM violated its limited written warranty when its dealer charged Plaintiff

for repairs to her vehicle.

58.    Notice of breach was given to Defendant when Plaintiff presented the

vehicle for service.

59.    Plaintiff also gave written notice of breach to GM.   (Exhibit J)

## CLASS ALLEGATIONS

60.    Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), Plaintiff brings this claim on

behalf of  a class.

61.    The class consists of (a) all  persons who purchased one of the affected

vehicles in the United States, (b) who presented their vehicles to a GM

dealer for service, (c) within the time and mileage limitations of the power

train warranty, as shown by GM's records (d) where the conditions

requiring repair included the plunger for the fuel pump sticking (e) and the

person was charged for the repairs (f) on or after a date 4 years prior to the

filing of this action.

62.    Excluded from the class are Defendant; any affiliate, parent, or subsidiary of

Defendant; any entity in which Defendant has a controlling interest; any

officer, director, or employee of Defendant; any successor or assign of

Defendant; anyone employed by counsel for plaintiff in this action; and any

judge to whom this case is assigned, his or her spouse, and all persons

within the third degree of relationship to them, as well as the spouses of

such persons.

63.    On information and belief, based on Exhibits F and I, well over 40 persons

were charged for repairs for the problem at issue.  The class is so numerous

that joinder of all members is not practicable.

64.    There are common questions of law and fact with respect to the class, which

common questions predominate over questions affecting only individual

class members. These common questions include:

a.    Whether the affected vehicles cannot  consistently use E85 fuel.

b.    Whether GM violated its limited written warranty when it required

Plaintiff and others to pay for engine repairs, without correcting the

problem with the engine.

65.    Plaintiff's claims are typical of those of the proposed class.  Plaintiff's

claims have the same legal and factual basis as the claims of the class

members.

10

66.     Plaintiff will fairly and adequately represent the class.  There is no conflict of interest between the Plaintiff and the class members.  Plaintiff has retained counsel competent and experienced in class action litigation, and intends to prosecute this action vigorously.

67.     This class action is superior to other available means for the fair and efficient adjudication of this dispute. While the individual injuries suffered by each proposed class member are meaningful, they are sufficiently small that individual actions are not economical.  Even if class members could afford individual litigation, there is no reason to burden the courts with multiple actions seeking modest damages.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class members for the following relief:

       i.      Actual damages;

      ii.      Attorney's fees, litigation expenses and costs of suit (15 U.S.C.  §2310); and

     iii.      Such other or further relief as the Court deems proper.

## COUNT II  – BREACH OF EXPRESS WARRANTY

68.     Plaintiff incorporates paragraphs 1-55.

69.     The statement that a vehicle is a Flex Fuel vehicle, the provision of a yellow

filler cap and the statements in the owners' manuals of such vehicles creates

an express warranty that such vehicle can consistently use E85 fuel.

Uniform Commercial Code, §2-313; Mich. Comp. Laws §440.2313.

70. The limited written warranty necessarily incorporates GM's statements

concerning the performance of a vehicle, as otherwise one cannot determine

what is a vehicle defect.

71. The representation is not true.

72. Notice of breach was given to Defendant when Plaintiff presented the

vehicle for service and subsequently in writing.

## CLASS ALLEGATIONS

73. Pursuant to Fed. R. Civ. P. 23(a), (b)(2) and (b)(3), Plaintiff brings this

claim on behalf of two classes.

74. Class A (Fed. R. Civ. P. 23(b)(3)) consists of (a) all persons who

purchased one of the affected vehicles in the United States, except Puerto

Rico and Louisiana, (b) who presented their vehicles to a GM dealer for

service, within the time and mileage limitations of the power train warranty,

as shown by GM's records and (c) paid for repairs that included the plunger

for the fuel pump sticking (d) on or after a date 4 years prior to the filing of

this action.

75.  Class B (Fed. R. Civ. P. 23(b)(2)) consists of (a) all persons who purchased one of the affected vehicles in the United States, except Puerto Rico and Louisiana, (b) who are still within the time and mileage limitations of the power train warranty, and (c) still have the vehicles.

76.  Excluded from the class are Defendant; any affiliate, parent, or subsidiary of Defendant; any entity in which Defendant has a controlling interest; any officer, director, or employee of Defendant; any successor or assign of Defendant; anyone employed by counsel for plaintiff in this action; and any judge to whom this case is assigned, his or her spouse, and all persons within the third degree of relationship to them, as well as the spouses of such persons.

77.  Each class is so numerous that joinder of all members is not practicable.

78.  There are common questions of law and fact with respect to the class, which common questions predominate over questions affecting only individual class members. These common questions include:

   a.  Whether the affected vehicles cannot consistently use E85 fuel.

   b.  Whether GM violated express warranties when it required Plaintiff and others to pay for engine repairs, without correcting the problem with the engine.

13

c.      Whether GM should be ordered to cover all engine repairs involving the plunger for the fuel pump sticking.

79.    Plaintiff's claims are typical of those of the proposed class.  Plaintiff's claims have the same legal and factual basis as the claims of the class members.

80.     Plaintiff will fairly and adequately represent the class.  There is no conflict of interest between the Plaintiff and the class members.  Plaintiff has retained counsel competent and experienced in class action litigation, and intends to prosecute this action vigorously.

81.    This class action is superior to other available means for the fair and efficient adjudication of this dispute. While the individual injuries suffered by each proposed class member are meaningful, they are sufficiently small that individual actions are not economical.  Even if class members could afford individual litigation, there is no reason to burden the courts with multiple actions seeking modest damages.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class members for the following relief:

i.      Actual damages;

ii.     Costs; and

14

iii.     Such other or further relief as the Court deems proper.

## COUNT III - BREACH OF IMPLIED
## WARRANTY OF MERCHANTABILITY

82.    Plaintiff incorporates paragraphs 1-55.

83.    In Michigan, a "warranty that the goods shall be merchantable is implied in

a contract for their sale ..."  Mich. Comp. Law §440.2314. The goods must

be "fit for the ordinary purposes for which the goods are used" and

"conform to the promises or affirmations of fact made on the container or

label." *Id.*

84.    A yellow fuel filler cap is a promise or affirmation of fact made on the

container or label, namely, that E85 fuel can be consistently used in the

vehicle.

85.    The Flex Fuel vehicles were not "fit for the ordinary purposes" since the

vehicles could not be consistently used with E85 fuel.

86.    For the same reason, the Flex Fuel vehicles did not conform to the promise

or affirmation of fact made on the container or label.

87.    Pursuant to §440.2314, privity of contract is "not required to sustain an

implied-warranty claims for economic losses."  *Pack v. Damon Corp.* 434 F.

3d 810, 818 (6th Cir. 2006); and *Cova v. Harley Davidson Motor Co.*, 26

15

Mich. App. 602, 608-09 (1970) ("a consumer can sue a manufacturer

directly for economic loss resulting from a defect in a product attributable to

the manufacturer without proving negligence.")

### CLASS ALLEGATIONS

88.   Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), Plaintiff brings this claim on

behalf of a class.

89.   The class consists of (a) all persons who purchased one of the affected

vehicles in the United States, except Louisiana or Puerto Rico, (b) who

presented their vehicles to a GM dealer for service, (c) within the time and

mileage limitations of the power train warranty, as shown by GM's records

(d) where the conditions requiring repair included the plunger for the fuel

pump sticking (e) and the person was charged for the repairs (f) on or after a

date 4 years prior to the filing of this action.

90.   Excluded from the class are Defendant; any affiliate, parent, or subsidiary of

Defendant; any entity in which Defendant has a controlling interest; any

officer, director, or employee of Defendant; any successor or assign of

Defendant; anyone employed by counsel for plaintiff in this action; and any

judge to whom this case is assigned, his or her spouse, and all persons

within the third degree of relationship to them, as well as the spouses of

such persons.

91. The class is so numerous that joinder of all members is not practicable.

92. There are common questions of law and fact with respect to the class, which common questions predominate over questions affecting only individual class members. These common questions include:

  a. Whether the affected vehicles cannot  consistently use E85 fuel.

  b. Whether GM violated implied warranties when it required Plaintiff and others to pay for engine repairs, without correcting the problem with the engine.

93. Plaintiff's claims are typical of those of the proposed class.  Plaintiff's claims have the same legal and factual basis as the claims of the class members.

94.  Plaintiff will fairly and adequately represent the class.  There is no conflict of interest between the Plaintiff and the class members.  Plaintiff has retained counsel competent and experienced in class action litigation, and intends to prosecute this action vigorously.

95. This class action is superior to other available means for the fair and efficient adjudication of this dispute. While the individual injuries suffered by each proposed class member are meaningful, they are sufficiently small

17

that individual actions are not economical.  Even if class members could

afford individual litigation, there is no reason to burden the courts with

multiple actions seeking modest damages.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class

members for the following relief:

        i.      Actual damages;

        ii.     Costs; and

        iii.    Such other or further relief as the Court deems proper.

## COUNT IV  – FRAUD

96.   Plaintiff incorporates paragraphs 1-55.

97.   GM represented to each person purchasing an affected vehicle that it could

be consistently used with E85 fuel.

98.   The representation was made, among other means, by providing the vehicle

with a yellow fuel filler cap.

99.   GM knew the representation was not true as shown by Exhibits F and I.

100.  GM continued selling Flex Fuel vehicles and making representations that

they could be consistently used with E85 fuel anyway.

## CLASS ALLEGATIONS

101. Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), Plaintiff brings this claim on behalf of a class.

102. The class consists of (a) all persons who purchased one of the affected vehicles in the United States (b) who presented their vehicles to a GM dealer for service, within the time and mileage limitations of the power train warranty, as shown by GM's records and (c) paid for repairs that included the plunger for the fuel pump sticking (d) on or after a date 6 years prior to the filing of this action.

103. Excluded from the class are Defendant; any affiliate, parent, or subsidiary of Defendant; any entity in which Defendant has a controlling interest; any officer, director, or employee of Defendant; any successor or assign of Defendant; anyone employed by counsel for plaintiff in this action; and any judge to whom this case is assigned, his or her spouse, and all persons within the third degree of relationship to them, as well as the spouses of such persons.

104. The class is so numerous that joinder of all members is not practicable.

105. There are common questions of law and fact with respect to the class, which common questions predominate over questions affecting only individual

19

class members. These common questions include:

a.      Whether the affected vehicles cannot  consistently use E85 fuel.

b.      Whether GM committed fraud when it represented that the affected vehicles could use E85 fuel, without qualification; and

c.      Whether Plaintiff and the class members were damaged when they were required  to pay for engine repairs.

106.    Plaintiff's claims are typical of those of the proposed class.  Plaintiff's claims have the same legal and factual basis as the claims of the class members.

107.     Plaintiff will fairly and adequately represent the class.  There is no conflict of interest between the Plaintiff and the class members.  Plaintiff has retained counsel competent and experienced in class action litigation, and intends to prosecute this action vigorously.

108.    This class action is superior to other available means for the fair and efficient adjudication of this dispute. While the individual injuries suffered by each proposed class member are meaningful, they are sufficiently small that individual actions are not economical.  Even if class members could afford individual litigation, there is no reason to burden the courts with multiple actions seeking modest damages.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class members for the following relief:

     i.    Actual damages;

     ii.    Costs; and

     iii.    Such other or further relief as the Court deems proper.

## COUNT V – DECEPTIVE TRADE PRACTICES

109.   Plaintiff incorporates paragraphs 1-55.

110.   GM represented to each person purchasing an affected vehicle that it could consistently used E85 fuel.

111.   GM knew the representation was not true.

112.   GM continued selling the affected vehicles anyway.

113.   GM thereby violated Mich. Comp. Laws  §445.903 by:

    a.    Representing that goods have  characteristics, uses, and benefits that they do not have;

    b.    Failing to reveal a material fact, the omission of which tends to mislead or deceive the consumer, and which fact could not reasonably be known by the consumer.

    c.    Failing to reveal facts that are material to the transaction in light of representations of fact made in a positive manner.

## CLASS ALLEGATIONS

114.    Pursuant to Fed. R. Civ. P. 23(a) and (b)(3), Plaintiff brings this claim on

behalf of a class.

115.    The class consists of (a) all persons who purchased one of the affected

vehicles in the United States (b) from a dealer in Michigan or while residing

in Michigan (c) who presented their vehicles to a GM dealer for service,

within the time and mileage limitations of the power train warranty, as

shown by GM's records and (d) paid for repairs that included the plunger

for the fuel pump sticking (e) on or after a date 6 years prior to the filing of

this action.

116.    Excluded from the class are Defendant; any affiliate, parent, or subsidiary of

Defendant; any entity in which Defendant has a controlling interest; any

officer, director, or employee of Defendant; any successor or assign of

Defendant; anyone employed by counsel for plaintiff in this action; and any

judge to whom this case is assigned, his or her spouse, and all persons

within the third degree of relationship to them, as well as the spouses of

such persons.

117.    The class is so numerous that joinder of all members is not practicable.

118.    There are common questions of law and fact with respect to the class, which

common questions predominate over questions affecting only individual

class members. These common questions include:

a.      Whether the affected vehicles cannot  consistently use E85 fuel.

b.      Whether GM engaged in unfair or deceptive practices  when it

represented that the affected vehicles could use E85 fuel, without

qualification; and

c.      Whether Plaintiff and the class members were damaged when they

were required  to pay for engine repairs.

119.   Plaintiff's claims are typical of those of the proposed class.  Plaintiff's

claims have the same legal and factual basis as the claims of the class

members.

120.    Plaintiff will fairly and adequately represent the class.  There is no conflict

of interest between the Plaintiff and the class members.  Plaintiff has

retained counsel competent and experienced in class action litigation, and

intends to prosecute this action vigorously.

121.   This class action is superior to other available means for the fair and

efficient adjudication of this dispute. While the individual injuries suffered

by each proposed class member are meaningful, they are sufficiently small

that individual actions are not economical.  Even if class members could

afford individual litigation, there is no reason to burden the courts with

multiple actions seeking modest damages.

WHEREFORE, the Court should enter judgment in favor of Plaintiff and the class

members and against GM for the following relief:

      i.       Actual damages;

      ii.      Attorney's fees, litigation expenses and costs (Mich.

                   Comp. Laws §445.911); and

      iii.    Such other or further relief as the Court deems proper.

## **JURY DEMAND**

Plaintiff demands trial by jury.



               ADAM G. TAUB & ASSOCIATES
               CONSUMER LAW GROUP, PLC

       By:    /s/ Adam G. Taub
               Adam G. Taub (P48703)
               17200 W 10 Mile Rd Suite 200
               Southfield, MI 48075
               Phone:  (248) 746-3790
               Email:  adamgtaub@clgplc.net

               /s/Daniel A. Edelman
               Daniel A. Edelman
               Cathleen M. Combs

David Kim
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
Email: dedelman@edcombs.com

## <u>NOTICE OF ASSIGNMENT</u>

Please be advised that all rights relating to attorney's fees have been

assigned to counsel.


/s/ Daniel A. Edelman
Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**EXHIBIT A**

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

# 𝕃LAW· 553-MI-e 3/18

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

AD-3-42000114727701 /

Dealer Number ___ HB3NV / 37916 ___ Contract Number ___

| Buyer Name and Address (Including County and Zip Code) JOLI MARIE REID | Co-Buyer Name and Address (Including County and Zip Code) N/A | Seller-Creditor (Name and Address) FELDTEN LLC 32570 PLYMOUTH ROAD LIVONIA, MI 48150 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2017 | Chevrolet Equinox | 18957 | 2GNALBEK8H1591851 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 133.00 is |
|---|---|---|---|---|
| 24.99 % | $ 20,426.98 | $ 21,302.06 | $ 41,729.04 | $ 41,862.04 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 579.57 | Monthly beginning 08/13/2019 |
| N/A | N/A | N/A |

Or As Follows:
N/A

Late Charge. If payment is not received in full within __10__ days after it is due, you will pay a late charge of $ __15__ or __5__ % of the part of the payment that is late, whichever is _greater_.

Prepayment. If you pay early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.

If a payment is not received in full within ___N/A___ days after it is due, you will pay a late charge of $ ___N/A___ or ___N/A___ % of the part of the payment that is late, whichever is less.

If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

### WARRANTIES SELLER DISCLAIMS

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

*LAW 553-MI-e 3/18 v1* Page 1 of 5

True and Accurate Completed Copy - UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1  Cash Price

  A  Taxable Part of Cash Price

    to Seller for Vehicle ..... $ 17,007.00

    to Seller for Accessories and Installation Charges ..... $ N/A

    to Seller for Document Preparation Fee ..... $ 220.00

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    Total Taxable Part of Cash Price ..... $ 17,227.00

  B  To Government Agencies for Sales Tax ..... $ 1,035.06

  C  Non-Taxable Part of Cash Price

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    Total Non-Taxable Part of Cash Price ..... $ N/A

  Total Cash Price ..... $ 18,262.06 (1)

2  Total Downpayment =

  Trade-In  N/A  N/A  N/A

    (Year)  (Make)  (Model)

  Gross Trade-In Allowance ..... $ N/A

  Less Pay Off Made By Seller ..... $ N/A

  Equals Net Trade In ..... $ N/A

  + Cash ..... $ 133.00

  + Other N/A ..... $ N/A

  (If total downpayment is negative, enter "0" and see 4H below) ..... $ 133.00 (2)

3  Unpaid Balance of Cash Price (1 minus 2) ..... $ 18,129.06 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf

  A  Cost of Optional Credit Insurance Paid to Insurance

    Company or Companies

    Life ..... $ N/A

    Disability ..... $ N/A ..... $ N/A

  B  Other Optional Insurance Paid to Insurance Company or Companies ..... $ N/A

  C  Optional Gap Contract ..... $ 700.00

  D  Official Fees Paid to Government Agencies ..... $ N/A

  E  Government Taxes Not Included In Cash Price ..... $ N/A

  F  Government License Fees and/or Registration Fees

    License and Registration Fee ..... $ 157.00

  G  Government Certificate of Title Fees ..... $ 16.00

  H  Prior Credit or Lease Balance Paid to

    N/A ..... $ N/A

  I  Other Charges (Seller must identify who is paid and

    describe purpose.)

    to PORTFOLIO VSC     for Service Contract ..... $ 2,300.00

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    to N/A     for N/A ..... $ N/A

    Total Other Charges and Amounts Paid to Others on Your Behalf ..... $ 3,173.00 (4)

5  Amount Financed - Principal Balance (3 + 4) ..... $ 21,302.06 (5)

6  Finance Charge ..... $ 20,426.98 (6)

7  Total of Payments - Time Balance ..... $ 41,729.04 (7)

  Payment Schedule: The payment schedule will be ___ 72 ___ instalments of $ 579.57 each,

  monthly beginning ___ 09/13/2019 ___, or if scheduled payments are irregular or uneven, as follows ___

  N/A

**OPTION:** ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before ___ N/A ___ Year ___ N/A ___.

SELLER'S INITIALS ___ N/A ___

**Returned Check Charge:** You agree to pay a charge of $25 if any check or other payment instrument you give us is dishonored.

*LAW 553-MI-e 3/18 v1*   Page 2 of 5

True and Accurate Completed Copy - UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is authorized to sell insurance in Michigan. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:

### Optional Credit Insurance

| ☐ Credit Life: | ☐ Buyer | ☐ Co-Buyer | ☐ Both | ☐ Credit Disability: | ☐ Buyer | ☐ Co-Buyer | ☐ Both |

Premium:
Credit Life $ _____ N/A Term _____ N/A

Insurance Company Name N/A

Premium:
Credit Disability $ _____ N/A Term _____ N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

### Other Optional Insurance

| ☐ _____ N/A | N/A | Premium $ _____ | N/A |
| Type of Insurance | Term | | |

Insurance Company Name & Address

N/A                                                                                                N/A

| ☐ _____ N/A | N/A | Premium $ _____ | |
| Type of Insurance | Term | | |

Insurance Company Name & Address

N/A                                                                                                N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X A                    N/A                    N/A          X A          N/A          N/A
Buyer Signature                              Date          Co-Buyer Signature                    Date

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ 72 _____ Mos.          EXPRESS GAP
                                        Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X B ▮▮▮▮▮

## OTHER IMPORTANT AGREEMENTS

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. If all your scheduled payments are equal, we will give you at least 25 days after the final scheduled payment is due to pay any extra amount you owe because you paid late. We will send you a notice telling you about these changes before the final scheduled payment is due.

   d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **Your right to refinance a balloon payment.** A balloon payment is a scheduled payment that is larger than any of the substantially equal prior scheduled payments. If your final scheduled payment is a balloon payment, you have the right to enter into a new written agreement when it is due (refinance). You may refinance the balloon in equal installments over a reasonable period of time. During this period, you will also pay a finance charge on the unpaid balance computed using the Annual Percentage Rate on page 1.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

*LAW 553-MI-e 3/18 v1    Page 3 of 5*

True and Accurate Completed Copy - UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or, if such coverage cannot be obtained, buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. If you fail to pay us, and if permitted by law, we may add the charge to the balance owing under this contract. We may increase the amount of your scheduled payment in order to amortize the charge by the time your final payment is due. As an alternative and, if you specifically agree, you may have a larger or balloon final payment, or the date of the final payment may be extended. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

## 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;

- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your car has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle or earlier, if we notify you of an earlier date.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

## 4. SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 5. APPLICABLE LAW

Federal law and the law of the state of our address shown on page 1 of this contract apply to this contract.

T250267371-DP250267372 - This copy was created on Sat Jun 29 07:28:20 GMT 2019

True and Accurate Completed Copy - UCC Non-Authoritative Copy
True and Accurate Completed Copy - UCC Non-Authoritative Copy

REDACTED

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X C. ___ Co-Buyer Signs X C ___ N/A

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

Warning: The insurance afforded hereunder does not cover liability for injury to persons or damage to property of others, unless so indicated hereon.

**Notice To Buyer: Do not sign this contract in blank. You are entitled to 1 true copy of the contract you sign without charge. Keep it to protect your legal rights.**

Buyer Signs X D ___ Date 06/29/2019 Co-Buyer Signs X D ___ N/A ___ Date ___ N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X ___ N/A ___ Address ___ N/A

Seller signs FELDTEN LLC ___ Date 06/29/2019 By X E ___ Title Finance Manager

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X F ___ Date 06/29/2019 Co-Buyer Signs X F ___ N/A ___ Date ___ N/A

True and Accurate Completed Copy - UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

**LAW** FORM NO. 553-MI-e (REV. 3/18)
©2018 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

LAW 553-MI-e 3/18 v1   Page 5 of 5

T250267371-DP250267372 - This copy was created on Sat Jun 29 07:28:20 GMT 2019

**EXHIBIT B**

may not pass a smog-check test.
See *Malfunction Indicator Lamp*
(*Check Engine Light*) ⬦ *106*. If this
occurs, return to your authorized
dealer for diagnosis. If it is
determined that the condition is
caused by the type of fuel used,
repairs may not be covered by the
vehicle warranty.

## Fuels in Foreign Countries

The U.S., Canada, and Mexico post
fuel octane ratings in anti-knock
index (AKI). For fuel not to use in a
foreign country, see "Prohibited
Fuels" in *Fuel* ⬦ *189*.

## Fuel Additives

To keep fuel systems clean, TOP
TIER Detergent Gasoline is
recommended. See *Fuel* ⬦ *189*.

If TOP TIER Detergent Gasoline is
not available, one bottle of GM Fuel
System Treatment Cleaner added to
the fuel tank at every engine oil
change, can help. GM Fuel System
Treatment Cleaner is the only

gasoline additive recommended by
General Motors. It is available at
your dealer.

If your vehicle is able to use E85 or
FlexFuel, GM Fuel System
Treatment Cleaner - FlexFuel is the
only recommended additive for use.
Do not use any other additives with
an E85 or FlexFuel vehicle. See
*E85 or FlexFuel* ⬦ *190*.

## E85 or FlexFuel

Vehicles with fuel caps marked as
"E85" or FlexFuel can use either
unleaded gasoline or ethanol fuel
containing up to 85% ethanol (E85).
All other vehicles should use only
the unleaded gasoline as described
in *Fuel* ⬦ *189*.

The use of E85 or FlexFuel is
encouraged when the vehicle is
designed to use it. E85 or FlexFuel
is made from renewable sources.

Many fuel stations will not have an
85% ethanol fuel (E85) pump
available. Those stations that do
have E85 should have a label

indicating the FlexFuel ethanol
content. Do not use the fuel if the
ethanol content is greater than 85%.

The starting characteristics of E85
or FlexFuel make it unsuitable for
use when temperatures fall below
−18 °C (0 °F). Use gasoline or add
gasoline to the E85 or FlexFuel.

Because E85 or FlexFuel has less
energy per liter (gallon) than
gasoline, the vehicle will need to be
refilled more often. See *Filling the
Tank* ⬦ *191*.

| Caution |
|---|
| Some additives are not compatible with E85 or FlexFuel and can harm the vehicle's fuel system. Do not add anything to E85 or FlexFuel. Damage caused by additives would not be covered by the vehicle warranty. |

**EXHIBIT C**

 IMPORTANT INFORMATION

CHEVROLET

# *Important Information*

## CHEVROLET LIMITED POWERTRAIN WARRANTY (2016 AND 2017)

Every 2016 and newer Chevy passenger car, light-duty truck, SUV and crossover comes with a 5-year/60,000-mile (whichever comes first) transferable Limited Powertrain Warranty. In addition to the warranty, you get the 5-year/60,000-mile (whichever comes first) 24/7 Roadside Assistance Program, the Courtesy Transportation Program, and much more. Refer to your Chevrolet Limited Warranty and Owner Assistance Information booklet or see dealer for details.

Every 2016/2017 2500/3500 series Heavy Duty (HD) Silverado Pickup equipped with a 6.6L Duramax Turbo-Diesel Engine comes with a 5-year/100,000-mile Limited Powertrain Warranty and 5-year/100,000-mile 24/7 Roadside Assistance Program and Courtesy Transportation Programs.

## NEW VEHICLE LIMITED WARRANTY (2016/2017)

GM vehicles registered in the U.S.A. are covered for 36,000 miles/3 years (whichever comes first). The complete vehicle is covered — including tires, towing to your nearest Chevrolet dealership and cosmetic corrosion resulting from defects. Repairs will be made to correct any vehicle defect, and most warranty repairs will be made at no charge. In addition, rust-through corrosion will be covered for 100,000 miles/6 years (whichever comes first). See dealer for details.

## ELECTRIC HYBRID WARRANTY

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, Chevrolet will warrant certain components for Each Chevrolet Volt, and Bolt EV, and Malibu Hybrid for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

## ENGINES

Chevrolet products are equipped with engines produced by GM Powertrain or other suppliers to GM worldwide. The engines in Chevrolet products may also be used in other GM makes and models.

## ASSEMBLY

Chevrolet vehicles and their components are assembled or produced by different operating units of General Motors, its subsidiaries or suppliers to GM worldwide. We sometimes find it necessary to produce Chevro



Chat Now

vehicles with different or differently sourced components than originally scheduled. Since some options may be unavailable when your vehicle is assembled, we suggest you verify that your vehicle includes the equipment you ordered and that, if there were changes, they are acceptable to you.

## AN IMPORTANT NOTE ABOUT ALTERATIONS AND WARRANTIES

Installations or alterations to the original GM-equipped vehicle (or chassis) are not covered by the General Motors New Vehicle Limited Warranty. The special body company, assembler, equipment installer or upfitter is solely responsible for warranties on the body or equipment and any alterations (or any effect of the alterations) to any of the parts, components, systems or assemblies installed by GM. General Motors is not responsible for the safety or quality of design features, materials or workmanship of any alterations by such suppliers.

## ONSTAR

OnStar services require vehicle electrical system (including battery), wireless service and GPS satellite signals to be available and operating for features to function properly. OnStar acts as a link to existing emergency service providers. Subscription Service Agreement required. Call 1-888-4ONSTAR (1-888-466-7827) or visit **onstar.com** for OnStar's Terms and Conditions, Privacy Policy, details and system limitations.

## A NOTE ON CHILD SAFETY

Always use safety belts and the correct restraint for your child's age and size. Even in vehicles equipped with Passenger Sensing System, children are safer when properly secured in a rear seat in the appropriate infant, child or booster seat. Never place a rear-facing infant restraint in the front seat of any vehicle equipped with a passenger air bag. See the Owner's Manual and child safety seat instructions for more safety information.

## IMPORTANT WORDS ABOUT THIS WEBSITE

We have tried to make this website comprehensive and factual. We reserve the right, however, to make changes at any time, without notice, in prices, colors, materials, equipment, specifications, models and availability. Specifications, dimensions, measurements, ratings and other numbers on this website are approximates based upon design and engineering drawings, prototypes and laboratory tests. Your vehicle may differ due to variations in manufacture and equipment. Please check with your Chevrolet dealer for complete details. Chevrolet reserves the right to lengthen or shorten the model year for any product for any reason or to start and end model years at different times. Certain vehicle features may lose their usefulness over time due to obsolescence from technological changes. Unless otherwise noted, all claims are based on GM segmentation and exclude other GM vehicles.

## TRAILERING AND OFF-ROAD INFORMATION

Please go to **chevy.com** and carefully review an Owner's Manual for important safety information about trailering or off-road driving in your vehicle.

Chat Now

## FLEET ORDERS

Some standard content may be deleted on fleet orders. See dealer for details.

## OWNER SERVICES

Chevrolet is committed to enhancing the ownership experience through a wide array of programs. For more information about 24-hour Roadside Assistance, Courtesy Transportation, Customer Assistance Center, Chevy Safety, marketing and incentives, visit **chevy.com/owners**.

## GMMOBILITY.COM

(1-800-323-9935) GM Mobility™ offers financial assistance for eligible adaptive equipment to make automotive travel easier for persons with disabilities or special transportation needs. To learn more about special GM Mobility offers, visit **gmmobility.com**.

## CHEVROLET OWNER CENTER

Register your vehicle with the **Chevrolet Owner Center**, and receive benefits such as online access to your vehicle Owner's Manual, maintenance schedule reminders, service history tracking, warranty and service information, safety information, special offers and privileges, and news and events.

## CHEVROLET ACCESSORIES eSTORE

Pricing, Errors and Omissions: Displayed part prices are the Manufacturer's Suggested Retail Price (MSRP), which excludes shipping, installation, wheel components (if applicable), taxes and any other fees that may apply. Dealer prices may vary as participating dealers are solely responsible to set final part prices. Installation prices, where applicable, are also set by the dealer. Prices are subject to change without notice. Acknowledgement of an order means that your order has been received; it does not mean that your order has been accepted or shipped or that the price or availability of an item has been confirmed. Chevrolet makes a conscientious effort to describe and display products accurately on this site. Despite these efforts, items on the site may be mispriced, inaccurately described or unavailable. As a result, we cannot and do not guarantee the accuracy or completeness of any information, including prices, images, specifications, availability and services. Chevrolet reserves the right to change or update information to correct errors, inaccuracies or omissions at any time without prior notice. We apologize for any inconvenience.

Return Policy: Chevrolet Accessories purchased online and shipped directly to a customer or picked-up at a participating dealership may be returned for a complete refund, including shipping, within 30 days of customer receipt. To be eligible for a return, the Chevrolet Accessory must also be in original condition (i.e. new and unused), and must be returned with all parts/components, instructions and the original shipping container. To qualify for a refund, customer must return an eligible accessory to the selling dealership.

Limited Warranty: Chevrolet Accessories installed by an authorized GM Dealer will be covered, parts and the longer of the following: a) 12 months/12,000 miles (whichever comes first), or b) the balance of the applicable portion of the New Vehicle Limited Warranty. See your dealer for details. Chevrolet Accessorie



Chat Now

purchased at a dealership (but not installed by a dealer), (ii) shipped directly to a customer, or (iii) not requiring installation, will receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only, regardless of miles. Associated Accessories are provided by independent companies and are not warranted by GM or its dealers. The independent company providing an Associated Accessory, rather than GM, is responsible for the safety and quality of Associated Accessories. For more details on exhaust system compliance with local and state noise ordinances, trailer weight rating calculations, cargo limitations, load trailer weight capacities and possible installation charges incurred with certain accessories, contact your local GM Dealer.

Shipping: All Ship to Home shipping from the Chevrolet Accessories eStore will be via FedEx per listed deliver options.

GM, the GM Logo, Chevrolet, the Chevrolet Logo, and the slogans, emblems, vehicle model names, vehicle body designs, and other marks are the trademarks and/or service marks of General Motors, its subsidiaries, affiliates or licensors. All rights reserved. SiriusXM and all related marks and logos are trademarks of SiriusXM Radio Inc. and its subsidiaries. The Bluetooth word mark is a registered trademark owner by Bluetooth SIG, Inc., and any use of such mark by Chevrolet is under license.

*The Manufacturer's Suggested Retail Price excludes destination freight charge, tax, title, license, dealer fees and optional equipment. Click here to see all Chevrolet vehicles' destination freight charges.



Chat Now

**EXHIBIT D**



**CHEVROLET** of LIVONIA

32570 PLYMOUTH ROAD LIVONIA,
MICHIGAN 48150 (734) 425-6500
(734) 281-9318 FAX
www.feldmanautomotive.com

CUSTOMER #: 349653

856106

*INVOICE*

PAGE 1

MICHIGAN REPAIR FACILITY
REGISTRATION NUMBER: F-164380

SERVICE ADVISOR: 7561 ROBERT GOODLOW

JOLI MARIE REID

HOME: ▮▮▮▮   CONT
BUS:         CELL: ▮▮▮▮▮▮▮

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
|  | 17 | CHEVROLET EQUINOX | 2GNALBEK8H1591851 |  | 24096/24096 | T808 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN17 IS | | | | | | | |
| 29JUN19 DD | | | WAIT 29AUG19 | | | CASH | 29AUG19 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:PTA591851 ENG:2.4 Liter DOHC |
|---|---|---|---|
| 09:25 28AUG19 | 17:41 29AUG19 | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

A CUSTOMER STATES THE CHECK ENGINE IS ON AND REDUCED POWER MESSAGE IS
COMING ON
MISC MISC
    7530 DAROCZY JR,GARY J LIC#: M265826
CFC                                                    499.50   499.50
1 12608374 (S)PIPE                          62.50     62.50    62.50
1 12641847 (S)PUMP                         259.56    259.56   259.56
24096 3.7 VERIFIED CUSTOMER CONCERN OF CHECK ENGINE LIGHT ON. FOUND
P228C FUEL PRESSURE REGULATOR CONTROL PERFORMANCE- LOW PRESSURE.
FOLLOWED GM SERVICE BULLETIN DOC ID 4913952 AND FOUND DEBRIS IN FUEL
SAMPLE FROM FUEL RAIL. DETERMINED THAT CONTAMINATED FUEL NEEDS TO BE
REMOVED FROM FUEL TANK AND SYSTEM FLUSHED WITH FRESH REGULAR GAS. ALSO
DETERMINED THAT THE PLUNGER FOR THE HIGH PRESSURE FUEL PUMP IS STICKING
DUE TO THE USE OF E-85. NEC TO REMOVE AND REPLACE HIGH PRESSURE FUEL
PUMP AND DRAIN AND CLEAN FUEL TANK. FILLED UP FELDMAN CHEVROLET OF LIVONIA
VEHICLE. FOUND THAT THE VEHICLE IS FUNCTIONING PROPERLY AS DESIGNED
**********************************
B MULTI POINT VEHICLE INSPECTION 29.95 VALUE FREE TO CUSTOMER
MPVI MULTI POINT VEHICLE INSPECTION 29.95 VALUE
FREE TO CUSTOMER
    7530 DAROCZY JR,GARY J LIC#: M265826                       CASH
ISP                                                        CHECK
**********************************                         CREDITCARD                (N/C)

C** VALVOLINE PROFESSIONAL SERVICES ETHANOL TREATMENT
EPT VALVOLINE PROFESSIONAL SERVICES ETHANOL
TREATMENT
    7530 DAROCZY JR,GARY J LIC#: M265826
COSVT                                                    0.00     0.00
1 MG3801C NON-GM ETHANOL FUEL KIT          29.95     29.95    29.95
24096 PERFORMED ETHANOL FUEL SYSTEM TREATMENT USING VALVOLINE
PROFESSIONAL PRODUCTS
**********************************

D** LINE FOR FUEL
MISC MISC

| PLEASE SEE THE REVERSE SIDE OF THIS REPAIR INVOICE FOR THE WARRANTY STATEMENT AND DISCLAIMER AND OTHER IMPORTANT INFORMATION. | | | | | *SHOP SUPPLY COST: We have added a charge not to exceed #40.00 to the Repair Order for shop supplies used in connection with this repair. | | DESCRIPTION | TOTALS |
|---|---|---|---|---|---|---|---|---|
| Original Estimate (Parts & Labor) | Authorized Additional Costs | Authorized By: | New Total Amount Agreed Upon | Date & Time | | | LABOR AMOUNT | |
| $ | $ | | | | *HAZARDOUS WASTE DISPOSAL COST? We have added a charge equal to $___ to the Repair Order for the disposal of hazardous waste materials. | | PARTS AMOUNT | |
| Revised Estimate $ | $ | | $ | | | | GAS, OIL, LUBE | |
| | | | | | | | SUBLET AMOUNT | |
| ALL PARTS ARE NEW ORIGINAL EQUIPMENT MANUFACTURER UNLESS OTHERWISE INDICATED. | | | | | • CERTIFICATION • ALL REPAIRS AND PARTS LISTED WERE FURNISHED IN COMPLIANCE WITH MICHIGAN AUTO REPAIR ACT (P.A. 300) | | MISC. CHARGES * | |
| By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due. | | | | | | | TOTAL CHARGES | |
| | | | | | | | LESS INSURANCE | |
| | | | | | | | SALES TAX | |
| DATE | CUSTOMER SIGNATURE | | | | Company Authorized Representative (Full Signature Required) | | PLEASE PAY THIS AMOUNT | |

Repairs Performed By (List mechanic's/trainee's name and MI Certification #):

DealerCAB 2014 CDK Global, LLC  [01716] SERVICE INVOICE TYPE 2 - SIZC - "LIMITED WARRANTY" - 60 - 3838004

**CUSTOMER COPY**

REDACTED



**FELDMAN**
CHEVROLET *of LIVONIA*

32570 PLYMOUTH ROAD LIVONIA,
MICHIGAN 48150 (734) 425-6500
(734) 281-9318 FAX
www.feldmanautomotive.com

CUSTOMER #: 349653

856106

*INVOICE*

JOLI MARIE REID

PAGE 2

MICHIGAN REPAIR FACILITY
REGISTRATION NUMBER: F-164380

HOME: ▮▮▮▮▮▮   CONT: ▮▮▮▮▮▮
BUS:              CELL:            SERVICE ADVISOR: 7561 ROBERT GOODLOW

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| | 17 | CHEVROLET EQUINOX | 2GNALBEK8H1591851 | | 24096/24096 | T808 |

| DEL. DATE | PROD. DATE | WARR. EXP | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 01JAN17 IS | | | WAIT 29AUG19 | | | CASH | 29AUG19 |
| 29JUN19 DD | | | | | | | |

| R.O. OPENED | READY | OPTIONS: SOLD-STK:PTA591851 ENG:2.4_Liter_DOHC |
|---|---|---|
| 09:25 28AUG19 | 17:41 29AUG19 | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| 7538 DAROCZY JR,GARY J LIC#: M265826 | | | (N/C) |
| ISP | | | |

***********************************************

EST: 0.00     28AUG19 09:25  SA: 7561

CUSTOMER PAY ENVIRONMENTAL FEE FOR REPAIR ORDER                    40.00

COMPANY NAME          PORTFOLIO
COMPANY PHONE
POLICY NUMBER                    TBD
POLICY TERM                      36
EFFECTIVE DATE          29JUN2019
DEDUCTIBLE              100.00
MILEAGE LIMIT
BEGIN MILES             18941
END MILES               75000
COMPONENTS

ROB

THANK YOU FOR YOUR BUSINESS, JMA
FACILITY REGISTRATION # F164380.
ALL REPAIRS AND PARTS LISTED WERE FURNISHED
IN COMPLIANCE WITH MICHIGAN AUTO REPAIR ACT
(P.A. 300) - COMPANY AUTHORIZED SIGNATURE

CUSTOMER HAS NO OTHER CONCERNS AT THIS TIME

---

**PLEASE SEE THE REVERSE SIDE OF THIS REPAIR INVOICE FOR THE WARRANTY STATEMENT AND DISCLAIMER AND OTHER IMPORTANT INFORMATION.**

| Original Estimate (Parts & Labor) | Authorized Additional Costs | Authorized By: | New Total Amount Agreed Upon | Date & Time |
|---|---|---|---|---|
| | | | | |
| Revised Estimate | | | | |

ALL PARTS ARE NEW ORIGINAL EQUIPMENT MANUFACTURER UNLESS OTHERWISE INDICATED.

By signing below, you acknowledge that you were notified of and authorized the Dealership to perform the services/repairs itemized in this invoice and that you received (or had the opportunity to inspect) any replaced parts as requested by you. The vehicle is being returned to you in exchange for your payment of the Amount Due.

DATE          CUSTOMER SIGNATURE

Repairs Performed By (List mechanic's/trainee's name and MI Certification #):

*SHOP SUPPLY COST: We have added a charge not to exceed $40.00 to the Repair Order for shop supplies used in connection with this repair.
*HAZARDOUS WASTE DISPOSAL COST: We have added a charge equal to $ ___ to the Repair Order for the disposal of hazardous waste materials.

- CERTIFICATION -
ALL REPAIRS AND PARTS LISTED WERE FURNISHED IN COMPLIANCE WITH MICHIGAN AUTO REPAIR ACT (P.A. 300)

Company Authorized Representative
(Full Signature Required)

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 499.50 |
| PARTS AMOUNT | 352.01 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES * | 40.00 |
| TOTAL CHARGES | 891.51 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 23.52 |
| **PLEASE PAY THIS AMOUNT** | 915.03 |

**EXHIBIT E**



**GRETCHEN WHITMER**
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF AGRICULTURE
AND RURAL DEVELOPMENT
LANSING

**GARY MCDOWELL**
DIRECTOR

September 25, 2019

Jolene Reed

██████████████

RE:    Complaint #62558
       Establishment #27172

Dear Ms. Reed:

Recently you contacted the Michigan Department of Agriculture and Rural Development to register a complaint regarding Motor Fuel Quality. The department investigation has been completed. Enclosed please find copies relative to the above mentioned complaint.

If you should have any further questions and/or concerns please feel free to contact me.

Sincerely,

██████████████

Debby Cheresko, Secretary
Motor Fuels Quality Enforcement Unit
Laboratory Division
(517) 655-8202 x313

/dc
Enclosures

FI-109 (Rev. 3/2011)
White - Lansing Office
Green - Lansing Office
Yellow - Supervisor
Pink - Inspector
Goldenrod - Regional Office

**MICHIGAN DEPARTMENT OF AGRICULTURE & RURAL DEVELOPMENT**
**LABORATORY DIVISION**
**MOTOR FUELS QUALITY COMPLAINT**
(In accordance with Act 44, Public Acts 1984)

No. **62558**

| ESTABLISHMENT I.D. # | DATE & TIME RECEIVED: | | RECEIVED BY: | REFERRED TO: | |
|---|---|---|---|---|---|
| 27172 | 9/3/2019  9.47A | | DC | LECOMPTE, CHRISTO | |
| **ESTABLISHMENT NAME:** | | | **COMPLAINANT:** | | **PHONE NO:** |
| BP  Romulus Gas & Mart LLC | | | JOLENE REED | | (H) 313-247-5999 (W) |
| **ADDRESS:** | | | **ADDRESS:** | | |
| 15024 MIDDLEBELT & EUREKA | | | | | |
| CITY & ZIP CODE | | COUNTY: | CITY & ZIP CODE | | COUNTY: |
| ROMULUS   48174 | | WAYNE | | | WAYNE |

| RECEIVED ON MFQ HOTLINE | DATE TIME FUEL PURCHASED | | PUMP #   5 & 6 | FUEL PURCHASED | BRAND NAME | GRADE: |
|---|---|---|---|---|---|---|
| ☐ NO  ☑ YES | 8/30/2019 @ | | | | | E85 |

**DETAILS OF COMPLAINT:**
BAD GAS

*DC*

| DISCUSSION WITH COMPLAINANT: | RETAIL LICENSE NO. AND EXPIRATION DATE: |
|---|---|
| ☐ NO   ☒ YES   DATE:  9/3/19 | MFQE186575 2019 |

| DISCUSSION WITH ESTABLISHMENT: | |
|---|---|
| ☐ NO   ☒ YES   DATE:  9/3/19   NAME AND TITLE:   Ali Basma, Clerk | |

| SAMPLE(S): | INVOICED BY: | DATE: |
|---|---|---|
| G 19MFGA004270 | AOG Trucking | 9/2/19 |

| MFQ LABELING PRESENT: | PUMP ADDITIVE LABELING: | PUMP PHOTO: |
|---|---|---|
| ☐ NO   ☒ YES | None | ☐ NO   ☒ YES |

WATER LEVEL IN STORAGE TANK(S):(INDICATE AMOUNT)
None detected

| OTHER REPORTS (FORM NO. AND DATE) | SIMILAR COMPLAINTS: (INDICATE COMPLAINT NOS.) |
|---|---|
| See winwam CL000426 (9/3/19) | None |

COMMENTS:

See wiwnam CL000426 (9/3/19)

| ☒ NO FIELD INVESTIGATION (SEE COMMEN | INSPECTOR SIGNATURE | INSPECTOR NO. | DATE |
|---|---|---|---|
| ☒ COMPLAINT CLOSED PENDING LAB ANALYS | | 054 | 9/9/19 |
| ☒ COMPLAINANT NOTIFIED OF FIELD INVESTIGATION | SUPERVISOR SIGNATURE | | DATE |
| ☐ COMPLAINANT UNAVAILABLE, LETTER SENT | | | 9/10/19 |
| ☒ NO   ☒ YES   DATE · | | | |

27172   ROMULUS GAS & MART LLC   Insp ID: CL000426   Insp Date: 9/3/2019                    Page 1 of 3
MICHIGAN DEPT OF AGRICULTURE & RURAL DEVELOPMENT
LABORATORY DIVISION
WEIGHTS AND MEASURES PROGRAM | MOTOR FUEL QUALITY PROGRAM
(517) 655 – 8202
michigan.gov/wminfo | michigan.gov/mfq

## INSPECTOR'S REPORT ON SAMPLE (MFGA)

Insp Date: 9/3/2019    Business ID: 27172
Business: ROMULUS GAS & MART LLC
· 15024 MIDDLEBELT

ROMULUS, MI  48174

SampleID: 19MFGA004270

**Inspection:** CL000426
**Store ID:**
**Phone:** (734)941-1510
**Inspector:** 054  Chris LeCompte
**Reason:** MFQ SAMPLE
**Results:** No Action

---

**Sample Information**

In accordance with the Motor Fuels Quality Act, P.A. 44 of 1984, as amended.

| Product Sampled | FTC AKI | Sample Reason |
|---|---|---|
| E 85 | 0 · | Complaint |

This item has Media/Attachments. See Footnote 1 at end of questionnaire.

Complaint Reason: Bad Gas    This is your formal notification the complaint listed below alleging the complainant obtained low quality fuel has been filed against your firm.
[C#62558]

Dispenser Labeled Ethanol Free: Yes ○ No ⊙     Blended Grade ☐   Quantity on Hand (Gallons) 173

Prior Amount Dispensed (Gallons) 5.000     Disposal Method   Returned to appropriate UST

Pump Sampled     5     Price Per Gallon $2.399     Total Price Paid $2.00     Total Gallons Pumped  0.834

---

**Compliance Information**

| | Compliant | Non-Compliant | N/A |
|---|---|---|---|
| Toll Free Number | ⊙ | ○ | ○ |
| Meets MI Standards | ⊙ | ○ | ○ |
| Invoices Available | ⊙ | ○ | ○ |
| Grade Name | ⊙ | ○ | ○ |
| License Current / Posted | ⊙ | ○ | ○ |

License # MFQE186575
Displayed

---

**Tank Information**

Enter Storage Tank 1   ☑

| | Water / Alcohol Level | Product | Location | Compliant | Non-Compliant | Add Tank |
|---|---|---|---|---|---|---|
| Tank 1 | 0 0/0 inches | Regular | Primary | ⊙ | ○ | ☑ |
| Tank 2 | 0 0/0 inches | Premium 93 | Primary | ⊙ | ○ | ☑ |

27172   ROMULUS GAS & MART LLC   Insp ID: CL000426   Insp Date: 9/3/2019                    Page 2 of 3

## INSPECTOR'S REPORT ON SAMPLE (MFGA)

**Tank Information**

| | Water / Alcohol Level | Product | Location | Compliant | Non-Compliant | | Add Tank |
|---|---|---|---|---|---|---|---|
| Tank 3 | 0 0/0 inches | Diesel | Primary | ◉ | ○ | | ☑ |

| | Water / Alcohol Level | Product | Location | Compliant | Non-Compliant | | Add Tank |
|---|---|---|---|---|---|---|---|
| Tank 4 | 0 0/0 inches | E 85 | Primary | ○ | ○ | | ☐ |

**Report Distribution**

Report(s) discussed with and left with same person  ☑

| Report(s) | Responsible Person | Report Discussed With |
|---|---|---|
| MFQ | Ali Basma | Clerk |

**Zeltex**

| Zeltex Reading | Time Sampled | | Inspector Phone # |
|---|---|---|---|
| ☐ | 10:55 AM | | 517 - 243 - 2752 |

*Fail Notes* | *MFQ Security Tape / Prop Key* * *All electronic credit card devices were secured with proprietary key, single use tape, encrypted card reader, or an alarm.*
*[Special locks, encrypted readers]*

27172   ROMULUS GAS & MART LLC   Insp ID: CL000426   Insp Date: 9/3/2019                    Page 3 of 3

## INSPECTOR'S REPORT ON SAMPLE (MFGA)

**Footnote 1**

27172Pump



27172Receipt



REDACTED

27172 ROMULUS GAS & MART LLC   Insp ID: CL002133   Insp Date: 9/3/2019

MICHIGAN DEPT OF AGRICULTURE & RURAL DEVELOPMENT
LABORATORY DIVISION
WEIGHTS AND MEASURES PROGRAM | MOTOR FUEL QUALITY PROGRAM
(517) 655 - 8202
michigan.gov/wminfo | michigan.gov/mfq

## Device Grid Test Mailing Summary

Insp Date: 9/3/2019   Business ID: 27172
Business: ROMULUS GAS & MART LLC
15024 MIDDLEBELT

ROMULUS, MI  48174

Inspection: CL002133
Store ID:
Phone: (734)941-1510
Inspector: 054  Chris LeCompte
Reason: FIELD AUDIT

| Class | Act'y | Sea | Not | App | Not | C-R | C-X | Pcs |
|---|---|---|---|---|---|---|---|---|
| Liquid Measuring Device | 26 | 26 | | 1 | | | | |
| Pump Business | 1 | | | 4 | | | | |
| UST | 4 | | | | | | | |

| Make | Model | Subtype | Serial # | Location | Seal # | Failed Attribs | Test | Error | Results | Prod Used | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Station | N/A | | 27172 | | | | | | Approved | 0.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P1 | Regular | OWL | | Normal Flow | 3 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P1 | Midgrade89 | N/A | | Slow Flow | 3 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P1 | Premium93 | OWL | | Normal Flow | 1 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P2 | Regular | OWL | | Normal Flow | 4 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P2 | Midgrade89 | N/A | | Slow Flow | 4 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P2 | Premium93 | OWL | | Normal Flow | 2 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P3 | Regular | OWL | | Normal Flow | 4 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P3 | Midgrade89 | N/A | | Slow Flow | 5 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P3 | Premium93 | OWL | | Normal Flow | 3 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P4 | Regular | OWL | | Normal Flow | 4 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P4 | Midgrade89 | N/A | | Slow Flow | 4 | Sealed | 5.000 | |
| WAYNE | B12k22DD6 | 16 | 27172P4 | Premium93 | OWL | | Normal Flow | 4 | Sealed | 5.000 | |
| WAYNE | E84k20D6 | 16 | 27172P5 | E 85 | OWL | | Normal Flow | 1 | Sealed | 5.000 | |
| WAYNE | E84k20D6 | 16 | 27172P5 | Regular | OWL | | Slow Flow | 0 | Sealed | 5.000 | |
| WAYNE | E84k20D6 | 16 | 27172P5 | Midgrade89 | N/A | | Normal Flow | -1 | Sealed | 5.000 | |
| WAYNE | E84k20D6 | 16 | 27172P5 | Premium93 | OWL | | Normal Flow | -1 | Sealed | 5.000 | |
| WAYNE | E84k20D6 | 16 | 27172P6 | E 85 | OWL | | Normal Flow | 1 | Sealed | 5.000 | |
| WAYNE | E84k20D6 | 16 | 27172P6 | Regular | N/A | | Normal Flow | 1 | Sealed | 5.000 | |
| WAYNE | E84k20D6 | 16 | 27172P6 | Midgrade89 | OWL | | Slow Flow | 3 | Sealed | 5.000 | |
| WAYNE | E84k20D6 | 16 | 27172P6 | Premium93 | OWL | | Normal Flow | 1 | Sealed | 5.000 | |

Acknowledged Receipt : Hassan, Clerk

Inspector

LB-021 (9/02)
(In Accordance with Act 380,
Public Acts 1965, as amended.)

Michigan Department of Agriculture
and Rural Development
Laboratory Division



GEAGLEY LABORATORY
1615 South Harrison Road
East Lansing, Michigan  48823-5224
Voice:(517)284-0500
Fax:(517)284-0457

*This report shall not be reproduced, except in full, without the written approval of the Laboratory Division.*
*These results relate only to the samples tested.*

## Test Report

| | | | | |
|---|---|---|---|---|
| **Sample:** | E 85 | | **Sample Number:** | 19MFGA004270 |
| **Division:** | Laboratory | | **Received:** | 09/06/2019 |
| **Inspector:** | LeCompte | | **Completed:** | 09/11/2019 |
| **Collected:** | 09/03/2019 | | | |
| **Delivered:** | Inspector | | | |

The sample(s) met sample acceptability requirements for the tests performed.

| Analyte | Results | Notes |
|---|---|---|
| Sediment | No sediment present | |
| Color of Sample | Yellow | |
| Water | No water present | |
| Ethanol (Ethyl Alcohol) Vol/Vol % | 85.4 | |

**Date Printed:**   09/17/2019          Page 1 of 1          Approval:

Gina Dewitt

**EXHIBIT F**

2017 Chevrolet Equinox | Equinox, Terrain Service Manual 9695836 | **Document ID: 4913952**

# #18-NA-072: Reduced Engine Power, Reduced Engine Power Displayed on Driver Information Center (DIC), Malfunction Indicator Lamp (MIL) Illuminated - DTC P228C - (Jan 23, 2019)

**Subject:** Reduced Engine Power, Reduced Engine Power Displayed on Driver Information Center (DIC), Malfunction Indicator Lamp (MIL) Illuminated – DTC P228C

**Attention:** This Bulletin only applies to vehicles that utilize E85 fuel.

This Bulletin replaces PIP5385D. Please discard PIP5385D.

| Brand: | Model: | Model Year: | | VIN: | | Engine: | Transmission: |
|---|---|---|---|---|---|---|---|
| | | from | to | from | to | | |
| Buick | LaCrosse | 2012 | 2016 | | | 3.6L (LFX) | |
| | Regal | 2012 | 2017 | | | 2.4L (LEA) | |
| | Verano | 2012 | 2017 | | | 2.4L (LEA) | |
| Cadillac | ATS | 2013 | 2015 | | | 3.6L (LFX) | |
| | SRX | 2012 | 2016 | | | 3.0L (LFW) 3.6L (LFX) | |
| Chevrolet | Caprice PPV | 2012 | 2017 | | | 3.0L (LFW) 3.6L (LFX) | |
| | Captiva (VIN L) | 2012 | 2015 | | | 2.4L (LEA) 3.0L (LFW) | |
| | Captiva | 2016 | 2018 | | | 3.0L (LFW) | |
| | Equinox | 2011 | 2017 | | | 2.4L (LEA) 3.0L (LFW) 3.6L (LFX) | |

© 2019 General Motors. All rights reserved.

| Brand: | Model: | Model Year: | | VIN: | | Engine: | Transmission: |
|---|---|---|---|---|---|---|---|
| | | from | to | from | to | | |
| | Impala Models | 2012 | 2019 | | | 3.6L (LFX) | |
| GMC | Terrain (VIN L) | 2011 | 2011 | | | 3.0L (LFW) | |
| | Terrain | 2012 | 2017 | | | 2.4L (LEA) 3.6L (LFX) | |

| Involved Region or Country | North America and N.A. Export Regions |
|---|---|
| Additional Options (RPOs) | E85 Fuel Compatible (RPO FHS) |
| Condition | Some customers may comment on the following conditions:<br><br>• Reduced engine power<br>• Reduced Engine Power message displayed on DIC<br>• MIL illuminated<br><br>Some customers may also comment that the MIL and Reduced Engine Power message displayed clears after cycling the ignition key.<br>Some technicians may find DTC P228C (Fuel Pressure Regulator Control Performance - Low Pressure) has set again in the Engine Control Module (ECM) as current or history.<br>Some technicians may also find a prior repair of the high-pressure fuel pump. |
| Cause | This condition may be caused by excessive use of E85, causing a plunger internal to the fuel pump to stick. |
| Correction | **Note:** To help keep the engine running efficiently, fill the tank with gasoline, up to E15, after filling the tank with E85 one or two times.<br>If the code is set, proceed with the Service Procedure below. |

### Service Procedure

1. Take a large fuel sample from the fuel system in a clean glass or metal container.
2. Inspect for any contaminants in the fuel.
   ⇒ Place the container on a level surface for approximately 5 minutes in order to allow settling of the particulate contamination.
3. Verify there are no physical contaminants present in the fuel sample:

© 2019 General Motors. All rights reserved.

Document ID: 4913952 Page 3 of 5

- ○ If contamination is found in the fuel sample, inspect the fuel tank and strainer for buildup or blockage then completely clean the fuel system and add E-10/15 fuel. Refer to *Fuel System Cleaning* in SI.

  ⇒ **Contamination in the fuel is not warrantable.**

- ○ If contamination is not found in the fuel sample and/or SI diagnostics leads to a high pressure fuel pump concern, replace the high-pressure fuel pump and related lines per SI. Refer to *Fuel Pump Replacement* in SI.

Advise the customer to run a tank of premium or Top Tier E-10/15 fuel (1 tank) through the system to effectively clean all fuel system components after repair.

## Parts Information

For part numbers of fuel pump lines, refer to the Electronic Parts Catalog (EPC).

| Causal Part | Description | RPO | Part Number | Qty |
|:---:|:---:|:---:|:---:|:---:|
| x | Pump, Fuel (High Pressure) E85 (FHS) | All (HFV6) | 12690072 | 1 |
| x | Pump, Fuel (High Pressure) E85 (FHS) | LEA (4 CYL) | 12691097 | 1 |

## Warranty Information

For vehicles repaired under the Emission coverage, use the following labor operation. Reference the Applicable Warranties section of Investigate Vehicle History (IVH) for coverage information.

| Labor Operation | Description | Model | Labor Time |
|:---:|:---:|:---:|:---:|
| 4081958* | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | LaCrosse | 1.8 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Regal | 0.7 hr |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Verano | 0.7 hr |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | ATS | 4.6 hrs |
| | | | |

© 2019 General Motors. All rights reserved.

Document ID: 4913952

Page 4 of 5

| Labor Operation | Description | Model | Labor Time |
|---|---|---|---|
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | SRX | 1.8 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Caprice PPV | 3.2 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Captiva (VIN L) 2.4L | 1.0 hr |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Captiva (VIN L) 3.0L | 1.8 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Captiva | 3.1 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Equinox 2.4L | 1.1 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Equinox 3.0L/3.6L | 1.8 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Impala Models | 1.8 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Terrain (VIN L) 3.0L | 1.8 hrs |
| | Fuel Sample Inspection and High-Pressure Fuel Pump Replacement | Terrain 2.4L | 1.1 hrs |
| | Fuel Sample Inspection and High- | Terrain 3.6L | 1.8 hrs |

© 2019 General Motors. All rights reserved.

| Labor Operation | Description | Model | Labor Time |
|---|---|---|---|
| | Pressure Fuel Pump Replacement | | |

*This is a unique Labor Operation for Bulletin use only.

| Version | 4 |
|---|---|
| Modified | Released March 07, 2018<br>March 20, 2018 – Updated the Condition, Service Procedure and Warranty Information sections.<br>April 13, 2018 – Updated the Correction, step 3 of the Service Procedure and Parts Information.<br>January 23, 2019 – Added 2019 to Impala and added a Note to Correction section. |

GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer". They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle. Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition. See your GM dealer for information on whether your vehicle may benefit from the information.



WE SUPPORT
VOLUNTARY
TECHNICIAN
CERTIFICATION

© 2019 General Motors. All rights reserved.

**EXHIBIT G**



## Main menu

- Analysis
- Events
- Videos

## Secondary menu

- Circular Economy
- Energy
- Transportation
- Sustainability
- More +
  - Supply Chain
  - Cities
  - Buildings
  - Water

Greenbiz on Social Media
- Twitter
- Facebook
- Google+
- LinkedIn
- This site (RSS)
- Search

Enter search terms…

Search

Search

Toggle navigation

## GM Launches Public Campaign to Promote E85 'Flex-Fuel' Vehicle

### GM Launches Public Campaign to Promote E85 'Flex-Fuel' Vehicle

GreenBiz Editors
Wednesday, February 8, 2006 - 5:00pm
At this week's Chicago Auto Show, General Motors is launching a major consumer awareness program to promote and encourage the use of E85 "flex-fuel" vehicles. The company also announced additional E85 refueling pumps to stations in greater Chicago through collaborative partnerships with Shell Oil Products US and VeraSun Energy Corp.

To promote E85 fuel and vehicles, GM has launched a "Live Green Go Yellow" marketing and advertising campaign, which debuted in commercials aired during the Super Bowl.

The E85 partnership and marketing campaign are designed to encourage greater E85 use and showcase GM's E85 FlexFuel vehicle leadership to U.S. consumers. E85 FlexFuel vehicles can run on any combination of gasoline and/or E85, a fuel blend of 85 percent ethanol and 15 percent gasoline. E85 can contribute to energy independence because it diversifies the source of transportation fuels beyond petroleum, and it provides positive environmental benefits in the form of reduced greenhouse gas emissions.

"GM is pursuing gasoline-savings solutions on many fronts on the way to our ultimate vision of hydrogen fuel cell-powered transportation," said Elizabeth Lowery, GM vice president of environment and energy. "E85 ethanol burns cleaner than gasoline and is a renewable, domestic fuel that can enhance the nation's economy and energy security."

With 1.5 million flexible-fuel vehicles already on the road, GM is a leader in flexible-fuel vehicle production and sales. GM has nine models that are E85-capable, and plans to add more than 400,000 E85-capable vehicles to the fleet in 2006. At the same time, worldwide production of ethanol is increasing every year, and is expected to triple by 2020.

South Dakota-based VeraSun Energy, the nation's second-largest producer of ethanol, announced the availability of VE85 at 20 Gas City stations in the Chicago

metro area. VE85 is VeraSun's branded E85. As part of the initiative, GM will promote the availability of the fuel with consumer and dealer outreach. The collaboration is similar to one VeraSun and GM entered into last May in the Sioux Falls , S.D. area.

"These initiatives are important to the nation on various levels and are clearly in line with the president's path toward energy independence," said Bill Honnef, VeraSun vice president of sales and marketing. "We commend General Motors for not only producing flexible-fuel vehicles, but for taking a leadership role in educating consumers to the benefits of FFV ownership and E85 use. Together we are committed to expanding both awareness and availability of E85."

Shell, the No. 1 gasoline brand in the U.S. , will participate in a test pilot with GM to gauge consumer interest in alternative fuels by monitoring behavior at the pump. Shell will supply E85 refueling pumps at approximately six stations in Chicago , and GM will market the availability of those stations to its customers and dealers. Shell is likely the world's leading marketer of fuels containing bio-components and the company has the largest portfolio of fuels. In fact, Shell Hydrogen partnered with GM in 2003 to open a hydrogen demonstration refueling station in Washington , D.C.

"We are investing in technologies and partnerships that will make Shell the leading provider of next-generation fuel solutions; and this pilot program with General Motors gives us a unique opportunity to test consumer openness to alternative fuels in a real-world situation," said Dan Little, Fuels Manager, Shell Oil Products US. "Today, Shell has the broadest fuel technology portfolio, and pilots like this demonstrate our capability and commitment to meeting the transportation needs of our customers and society now and in the future."

In early January, GM announced a joint demonstration project with the state of California , Chevron Technology Ventures and Pacific Ethanol. In addition, as part of its broader objective to promote E85 awareness and use, GM has partnered with ethanol champions such as the National Ethanol Vehicle Coalition and the Governors' Ethanol Coalition. With the GEC collaboration, GM has loaned E85 flex-fuel vehicles to 28 states and organizations so that they may use them to educate the public and promote the benefits of using ethanol.

GM also will leverage its OnStar technology in the E85 promotion effort: Customers with an active OnStar subscription needing help locating an E85 station can contact an OnStar advisor, who will provide the nearest station's address, city and phone number to Safe & Sound package subscribers and full route support to Directions & Connections subscribers. There are currently 420 E85 stations in OnStar's database, with plans to update the database six times a year.

"Partnerships such as the one announced today are important because, ultimately, it requires ethanol providers and vehicle manufacturers working together to maximize availability and consumer use of E85," said Phillip Lampert, executive director of the National Ethanol Vehicle Coalition. "I applaud GM's commitment to E85 and its significant presence in the flexible-fuel marketplace."

Research has shown that many owners of flex-fuel vehicles do not know that their vehicles are capable of using E85. To remedy that knowledge gap, some owners of GM FlexFuel vehicles will receive yellow fuel caps to remind them that their vehicles are E85-capable; later this year, all new GM FlexFuel vehicles will be equipped with yellow fuel caps at the factory.

GM's commitment to ethanol-blended fuels is not confined to North America. Globally, GM has a large fleet of vehicles that run on bioethanol in Brazil , where it is the most available fuel. In December 2005, 78 percent of vehicles sold by GM do Brasil were equipped with Flexpower, which provides capability to run on 100-percent ethanol. In Europe , the E85-powered Saab 9-5 BioPower accounts for 80 percent of all 9-5 sales in Sweden. The vehicle was recently named to Popular Science magazine's "Best of What's New" list.

Topics:
- Energy & Climate
- Renewable Energy

share this article

- 🐦 Twitter
- f Facebook
- in LinkedIn



**GreenBiz Editors**

🐦 @greenbiz

**EXHIBIT H**

GENERAL MOTORS FLEET 



FUELING
**THE FUTURE**

## ALTERNATIVE FUEL VEHICLES

General Motors Fleet is dedicated to designing and building the best possible vehicles for your business. Driven by the unending quest for innovative solutions, our engineers are constantly pushing the envelope of what is possible through the use of alternative fuel technologies that can help optimize fuel economy, help reduce costs and help reduce our dependence on petroleum as a whole.

## FUEL - EFFICIENT POWERTRAINS

We continue to work efficiently so you can, too. Thanks to a rigorous powertrain development program, many of our models offer engine advancements such as Active Fuel Management® and Spark Ignition Direct Injection that help optimize fuel economy. All are designed to help you run a smart and cost-effective business fleet.

For 2019, General Motors Fleet offers 30 models with an EPA-estimated 30 MPG highway[1] or greater.

## ELECTRIC VEHICLES





**2019 CHEVROLET VOLT**

**2019 CHEVROLET BOLT EV**



**Darcie Harrod**
**SALES**
North Central Metropolitan Areas    216-402-5485    EMAIL    MORE REPS
Servicing Fleet Size: **50-99**

Change Rep Type and Location

| SALES | IN | IN |

- 56.6 cubic feet of max cargo space with rear seats folded[6]

## HYBRID VEHICLES



**2019 CHEVROLET MALIBU HYBRID**

- EPA-estimated MPG 49 city/43 highway[7]
- Driver Efficiency Gauge — provides feedback on how driving conditions affect fuel economy
- Available 4G LTE Wi-Fi® Hotspot[8]

## FLEXFUEL

Help reduce your fleet's fossil fuel consumption through the use of biofuels such as E85 ethanol[9] and B20 diesel.



### E85 ETHANOL

Running on a blend of gasoline and renewable ethanol, E85-capable vehicles can help turn your fleet into an efficient workforce. For 2019, we offer a diverse range of E85 FlexFuel-capable models to fit the individual needs of our fleet customers.

**BIODIESEL - DURAMAX® TURBO-DIESEL ENGINES**

Every vehicle equipped with either the available Duramax 6.6L Turbo-Diesel V8 engine, 3.0L Duramax Turbo-Diesel I-6. or the 2.8L Duramax® Turbo-Diesel I-4 engine is capable of running on B20 biodiesel. This means the workhorses in your fleet, such as the Chevrolet Silverado 2500HD & 3500HD and GMC Savana Cargo Van, can help you run efficiently. In addition to the Cargo van offerings, General Motors now offers a B20-capable diesel engine in every class of truck we make, from the Colorado/Canyon to the Silverado/Sierra 1500[10], 2500HD and 3500HD and the Silverado 4500HD, 5500HD and 6500HD Chassis Cabs.



## CNG AND LPG SOLUTIONS

Thanks to a collaboration with Power Solutions International, Inc. (PSI), General Motors Fleet can offer your fleet fuel flexibility combined with the durability to handle bigger jobs with the 6.0L LC8



**Darcie Harrod**
SALES
North Central Metropolitan Areas
Servicing Fleet Size: **50-99**

216-402-5485    EMAIL    MORE REPS

Change Rep Type and Location

| SALES | IN | IN |

Case 2:19-cv-13018-LVP-APP   ECF No. 1, PageID.63   Filed 10/14/19   Page 63 of 69



• Using PSI, an available upfitter. upholds the General Motors Powertrain Limited Warranty[11]

• Using PSI, an approved partner, upholds the General Motors Powertrain Limited Warranty[11]

• 6.0L hardened engine available on Express/Savana vans and cutaways and Low Cab Forward models

**EXPLORE ALT FUEL VEHICLES**

• Bolt EV
• Volt
• Malibu Hybrid

**BUILD A FLEET VEHICLE**

• Compare Trim Levels
• Optional Features
• View Accessories

**OTHER FLEET SOLUTIONS**

• Fleet Purchase Program
• Fleet Connected Vehicle Services
• Fleet Safety Solutions

## STAY IN TOUCH WITH GENERAL MOTORS FLEET

Get updates on new GM vehicles, events, and industry news.

U.S. residents please fill out the required field. Non U.S. residents please visit your country specific GM website and/or your local dealer for further information. By providing my contact information I consent that GM and/or a GM dealer can contact me with any GM offers and GM product information.

GM Privacy Statement

First Name

Last Name

Fleet Size

CHOOSE

Email

name@domain.com

Industry

CHOOSE

SIGN UP

CHAT NOW

1. EPA estimated. Visit fueleconomy.gov for details.
2. EPA-estimated 53-mile range based on 106 MPGe combined city/highway (electric); 367-mile extended range based on 42 MPG combined city/highway (gas). Your actual range may vary based on several factors, including temperature, terrain and driving technique.
3. Charge times may vary with temperature and amperage settings.
4. Charging rate varies based on output of the charge unit, vehicle settings and outside temperature.
5. Read the vehicle's Owner's Manual for important safety and driver assistance feature limitations and information.
6. Cargo and load capacity limited by weight and distribution.
7. Malibu Hybrid EPA-estimated 49 MPG city/43 highway.
8. Service varies with conditions and location. Requires active service plan and paid AT&T data plan. See onstar.com for details and limitations.
9. E85 fuel is not available in AZ, CA, CT, DE, MA, MD, ME, NJ, NY, OR, PA, RI, VT, and WA. E85 is a combination of 85% ethanol and 15% gasoline. Go to afdc.energy.gov/afdc/fuels to see if there is an E85 fuel station near you.
10. Limited availability.
11. Shown throughout with equipment from an independent supplier and is not covered by the GM New Vehicle Warranty. GM is not responsible for the safety or quality of independent supplier alterations.



**Darcie Harrod**

SALES
North Central Metropolitan Areas
Servicing Fleet Size: **50-99**

216-402-5485    EMAIL    MORE REPS

Change Rep Type and Location

SALES    IN    IN

**EXHIBIT I**



Bulletin No.: PIP5385A

Date: 14-Apr-2016

# Service Bulletin

# INFORMATION

**Subject:** **Repeat P228C Setting On High Feature V6 Engines While Using E85 Fuel**

**Models:** **2011-2016 Buick LaCrosse**

**2013 Cadillac ATS Sedan**

**2011-2013 Cadillac SRX**

**2012-2015 Chevrolet Caprice PPV**

**2013-2015 Captiva Sport (Fleet Only)**

**2011-2014 Chevrolet Equinox**

**2012-2016 Chevrolet Impala Limited ( Including Fleet and PPV)**

**2014-2016 Chevrolet Impala**

**2011-2014 GMC Terrain**

**Equipped with HFV6 engine RPO LF1, LFW, or LFX**

**And RPO *FHS:* Vehicle Fuel — E85 (85% ethanol max.)**

*This PI was superseded to update Recommendation/Instructions. Please discard PIP5385.*

The following diagnosis might be helpful if the vehicle exhibits the symptom(s) described in this PI.

## Condition/Concern

You may have a customer come in with an SES light on or reduced engine power message came on and was cleared after cycling the key.

If you find a P228C set as current or history, and a prior history of High Pressure Fuel Pump replacement, and the customer has been using E85 fuel,

This PI would apply.

**Note:** Starting with Model Year 2012 vehicles, FlexFuel vehicles may also be identified by the following Vehicle Fuel RPO Codes:

- FHO: Vehicle Fuel — E10 (10% ethanol or less)

- FHS: Vehicle Fuel — E85 (85% ethanol max.)

## Recommendation/Instructions

At this time there is "No Verified Repair" for this concern.

If the code is current then follow SI direction for repairing the concern.

If the code is set in history and there are no current drivability concerns, proceed with the following.

1. Take a large fuel sample and let it sit for a couple of hours looking for contamination.
2. Ensure actual and desired fuel pressures in the scan tool are very close to the same.
3. If contamination is found in the tank then completely flush the fuel system and add e-10 fuel.
   Also you may need to check the strainer in the fuel tank for concerns of build up or blockage
   **Note:** Contamination in the fuel is not warrantable.

4.  Remove the high pressure fuel pump inlet line from both ends.

    a) Using regulated air down to about 60 psi or lower, blow through the inlet (vehicle) side of this pipe / hose.

    b) Check for restriction in the check valve built into this hose.

    c) If restricted then replace the pipe / hose assembly, run a tank of premium fuel through the vehicle and reevaluate the concern.

    d) If no restriction present continue with PI.

    **Note:**  Please box the inlet line with the HPFP when sending pump back or retain line so it can be requested back if replaced without pump.

5.  Replace the high pressure fuel pump and all related lines per SI instructions.

6.  Run a tank of premium fuel through the system to clean all components.

7.  Reevaluate the vehicle

Please follow this diagnostic or repair process thoroughly and complete each step.  If the condition exhibited is resolved without completing every step, the remaining steps do not need to be performed.

---

GM bulletins are intended for use by professional technicians, NOT a "do-it-yourselfer".  They are written to inform these technicians of conditions that may occur on some vehicles, or to provide information that could assist in the proper service of a vehicle.  Properly trained technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely.  If a condition is described, DO NOT assume that the bulletin applies to your vehicle, or that your vehicle will have that condition.  See your GM dealer for information on whether your vehicle may benefit from the information.

WE SUPPORT VOLUNTARY TECHNICIAN CERTIFICATION

**EXHIBIT J**

# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
**20 South Clark Street, Suite 1500**
**Chicago, IL 60603-1824**
**(312) 739-4200**
**(800) 644-4673**
**(312) 419-0379 (FAX)**
Email: info@edcombs.com
www.edcombs.com

October 11, 2019

**By Certified Mail**
General Motors LLC
300 Renaissance Center
Detroit, MI 48265

Re:     Joli Marie Reid
        2017 Chevrolet Equinox
        VIN No.: 2GNALBEK8H1591851

Ladies/ Gentlemen:

You are hereby notified that the engine for Ms. Reid's 2017 Chevrolet Equinox Flex-Fuel vehicle is defective. On August 28, 2019, Ms. Reid brought her vehicle, still under warranty, to your dealer because the check engine light was on. The dealer claimed that, pursuant to GM Service Bulletin Doc ID 4913952, the "plunger for the high pressure fuel pump [was] sticking" caused by "debris in fuel."

Because the dealer claimed that the engine problem was caused by the "debris in fuel," it did not honor GM's warranty and charged Ms. Reid to drain the fuel and treat the fuel system. Ms. Reid learned afterwards that, according to the State of Michigan, the fuel in her tank was pure and compliant with specifications for E85. The problem was with the engine.

Sincerely,

Daniel A. Edelman

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

General Motors, LLC
300 Renaissance Center
Detroit, MI 48265

9590 9402 4838 9032 6505 74

2. Article Number (Transfer from service label)
7004 1160 0004 8321 6625

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

By Certified Mail

General Motors LLC
300 Renaissance Center
Detroit, MI 48265

        Re:     Joli Marie Reid
                2017 Chevrolet Equinox
                VIN No.: 2GNALBEK8H1591851

Ladies/ Gentlemen:

        You are hereby notified that the engine for Ms. Reid's 2017 Chevrolet Equinox Flex-Fuel vehicle is defective. On August 28, 2019, Ms. Reid brought her vehicle, still under warranty, to your dealer because the check engine light was on. The dealer claimed that, pursuant to GM Service Bulletin Doc ID 4913952, the "plunger for the high pressure fuel pump [was] sticking" caused by "debris in fuel."

        Because the dealer claimed that the engine problem was caused by the "debris in fuel," it did not honor GM's warranty and charged Ms. Reid to drain the fuel and treat the fuel system. Ms. Reid learned afterwards that, according to the State of Michigan, the fuel in her tank was pure and compliant with specifications for E85. The problem was with the engine.

                                Sincerely,

                                Daniel A. Edelman