UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOLI REID, individually and on
behalf of a class,

    Plaintiff,                                         Civil Case No. 19-13018

v.                                                    Honorable Linda V. Parker

GENERAL MOTORS LLC,

    Defendant.
_____/

## **JUDGMENT**

Plaintiff Joli Reid filed this putative class action lawsuit against Defendant General Motors LLC ("GM"), averring that GM's Flex Fuel vehicles—which were "supposedly designed to operate on E85 (85% ethanol fuel)"—"cannot consistently use E85 fuel without engine damage." (Am. Compl., ECF No. 8 at Pg. ID 79 ¶ 1.) Plaintiff alleges (i) breach of limited written warranty; (ii) breach of express warranty; (iii) breach of implied warranty of merchantability; (iv) fraud; and (v) deceptive trade practices. (*Id.* at Pg. ID 87-102.)

GM thereafter filed a Motion to Dismiss Plaintiff's First Amended Class Action Complaint (ECF No. 15), which this Court granted in an Opinion and Order entered on this date.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

Complaint is **DISMISSED**.

                                                          s/ Linda V. Parker  
                                                          LINDA V. PARKER  
                                                          U.S. DISTRICT JUDGE

Dated: September 30, 2020